■ In the Matter of CALEB G. and Others, Infants. STEUBEN COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; DONIELE (G.)T., Appellant, et al., Respondent. (Appeal No. 1.) [964 NYS2d 55]—Appeal from an order of the Family Court, Steuben County (Marianne Furfure, A.J.), entered August 24, 2011 in a proceeding pursuant to Family Court Act article 10. The order, among other things, adjudged that Caleb G., Erika G. and Kristen L. were neglected by respondents.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Peradotto, Lindley, Valentino and Whalen, JJ.